IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
_____ DIVISION

| | |
|---|---|
| Christopher Eugene Blitchington,　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Plaintiff,　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>Michael Hunt in his representative　　)<br>capacity the Aiken County Sheriffs　　)<br>Office; and Amber Magee,　　　　　　)<br>　　　　　　　　　　　　　　　　　　)<br>　　　　　　Defendants.　　　　　　　)<br>_____　　) | Civil Action No.: 1:23-cv-00994-JFA-SVH<br><br>(Civil Action No. 2023-CP-02-00220)<br>　　(Court of Common Pleas)<br><br>**NOTICE OF REMOVAL** |

　　　　The notice of the Defendants/Petitioners Michael Hunt in his representative capacity the Aiken County Sheriff's Office and Amber Magee show unto this Honorable Court:

　　　　1.　　　The above-entitled action was brought in the Court of Common Pleas, County of Aiken, by the Plaintiff to recover from the Defendants judgment as reflected in the first, second, third, fourth, and fifth causes of action in the Complaint for various deprivations of his federal constitutional rights pursuant to 42 U.S.C. § 1983. *See*, Complaint; ¶¶ 21-28, and p. 11 (prayer).

　　　　2.　　　Upon information and belief, at the time of the commencement of the action and at all times since then, Plaintiff has been a citizen and resident of Aiken County, South Carolina. *Id.*, ¶ 1.

　　　　3.　　　Pursuant to United States Code Ann. 28 U.S.C. § 1331, the District Courts have original jurisdiction in all civil actions arising under the Constitution, laws, or treaties of the United States. This action alleges federal questions and/or claims which come within the original jurisdiction of the United States District Court.

4.      Upon information and belief, said action was commenced by the service of the Complaint, attached hereto, upon the Defendants/Petitioners on or about February 9, 2023. Notice of Removal is filed pursuant to 28 U.S.C. § 1446 within thirty (30) days of the receipt by the Defendants/Petitioners of the initial pleading setting forth the demand upon which relief is claimed.

5.      The undersigned attorney of record for the Defendants/Petitioners signs this Notice of Removal pursuant to Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendants/Petitioners Michael Hunt in his representative capacity the Aiken County Sheriff's Office and Amber Magee pray that this Court accept this Notice of Removal which is being filed and that this Honorable Court take jurisdiction of the above-entitled cause and all further proceedings in said cause in the Court of Common Pleas, County of Aiken, State of South Carolina, bearing Civil Action Number 2023-CP-02-00220 be stayed.

*s/ Robert D. Garfield*
Robert D. Garfield, Fed. ID 7799
Steven R. Spreeuwers, Fed. ID 11766
CROWE LAFAVE GARFIELD & BAGLEY, LLC
2019 Park Street
Columbia, South Carolina 29201
803.999.1225
robert@crowelafave.com
steve@crowelafave.com

*Counsel for Defendants*

Columbia, South Carolina

March 10, 2023